# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
HighMark Construction Company, LLC ) ASBCA No. 60606
)
Under Contract No. W912QR-12-C-0047 )

APPEARANCES FOR THE APPELLANT: Michael H. Payne, Esq.
Michael A. Richard, Esq.
Jacqueline J. Ryan, Esq.
  Cohen Seglias Pallas Greenhall
  & Furman P.C.
Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Tarrah M. Beavin, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60606, Appeal of HighMark Construction Company, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals